BANK OF NEW YORK, as Trustee, Appellant, *v.* SARAH J. MARSH et al., Respondents.

Argued April 23, 1941; decided May 22, 1941.

*Thomas B. Fenlon* for appellant.

*Francis R. Appleton, Jr.,* and *C. C. Turner, Jr.,* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.